# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| TIFFANY PALOMO, on behalf of herself and those similarly situated, and BRYCE SEIFFERT,<br><br>      **Plaintiffs,**<br><br>      v.<br><br>GMRG ACQ1, LLC, MICHAEL CHERNEY, VICTOR HEUTZ, STEVE MCDERMOTT, CHAD MAGNER, DOE CORPORATION 1-10, and JOHN DOE 1-10,<br><br>      **Defendants.** | Case No. 2:22-cv-02181-HLT-BGS |

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 41), judgment is entered in favor of Plaintiff Tiffany Palomo in the amount of $169,419.68, plus 7% interest per annum on any unpaid balance after October 30, 2024. Plaintiff Bryce Seiffert is dismissed without prejudice.

IT IS SO ORDERED.

                                                                 SKYLER O'HARA<br>
                                                                 CLERK OF THE COURT

Dated: December 20, 2024                       */s/ M. Deaton*<br>
                                                      By Deputy Clerk